**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                              CASE No. 19-13171-BKC-LMI
                                                    Chapter 13
**CARLOS LODOS GIL**
    Debtor
_____/

**DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE OF CREDITOR US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES II TRUST (FILED 1/9/2020) AND MOTION FOR PAYMENT OF ATTORNEY FEES AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

    **COMES NOW** the Debtor, Carlos Lodos Gil, and Object to the Notice of Payment change filed by US Bank Trust National Association, as Trustee of the Igloo Series II Trust (Filed 1/9/2020) pursuant to Bankruptcy Rule 3002.1 and Local Rule 3002.1-1(B) and Motion for Payment of Attorney Fees and in support thereof states as follows:

1. Creditor filed a Notice of Mortgage Payment Change on 1/9/2020.
2. The mortgage which is the subject of the Notice of Mortgage Payment Change has been modified thru the MMM procedures. This Notice of Mortgage Payment Change does not reflect the mortgage modification that was approved.
3. As such, the Debtor requests that the Notice of Payment Change be stricken and that the case proceed in the normal course.
4. Pursuant to Local Rule 3002.1-1(B), Counsel for the Debtors requests that the court award sanctions in the form of attorney's fees in the amount of $525.00 for the filing and prosecution of this objection.

    **WHEREFORE** the Debtor requests that the Notice of Payment Change be stricken and that the case continue forward in the normal course and counsel for Debtor be awarded attorney's fees and for such other and further relief as the court deems proper under these circumstances.

Respectfully submitted,
Miller & Funcia, P.A.
9555 N. Kendall Drive, Suite 211
Miami, Florida 33176
Phone: 305-274-2922
Fax:    305-722-3656
millerandfunciapa@gmail.com
/s/_____
Jose P. Funcia, Esq.
FBN 0698210
